# Third District Court of Appeal

**State of Florida**

Opinion filed December 16, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1484
Lower Tribunal No. 11-13229A
_____

**Antonio Vestor Fountain,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. De La O, Judge.

Antonio Vestor Fountain, in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, LOGUE, and GORDO, JJ.

PER CURIAM.

Affirmed.